UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-30325 |
| Consuelo & Elias Esquivel, | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Enforcing Automatic Stay**

THIS CAUSE comes before this Court on the Trustee's Motion to Enforce Automatic Stay; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the automatic stay provided for by section 362(a) is and shall remain in effect and be enforceable against the Kane County Clerk and Lily Investments LLC with respect to any actions against the Debtors or any acts to obtain possession of the Debtors' residence located at 619 Westwind Dr., Carpentersville, Illinois ("Property"), including taking any further action to obtain a tax deed or otherwise enforce Certificate of Purchase No. 2012-01450, until such time as Trustee sells the Property or further order of this Court.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated: October 09, 2015

**Prepared by:**

Elizabeth C. Berg
Baldi Berg, Ltd.
20 N. Clark Street, Suite 200
Chicago, IL  60602
(312) 726-8150