# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
ESQUIVEL, CONSUELO C. § Case No. 15-30325
ESQUIVEL, ELIAS H. §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 09/03/2015 . The undersigned trustee was appointed on 09/03/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 75,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 9,585.87 |
| Bank service fees | | 85.55 |
| Other payments to creditors | | 9,128.11 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 30,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 26,200.47 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/04/2016 and the deadline for filing governmental claims was 03/01/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,250.00 , for a total compensation of $ 5,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 36.65 , for total expenses of $ 36.65 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/04/2016                By: /s/Elizabeth C Berg, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 15-30325 | DRC | Judge: DONALD R. CASSLING | Trustee Name: | Elizabeth C Berg, Trustee |
| Case Name: | ESQUIVEL, CONSUELO C. | | | Date Filed (f) or Converted (c): | 09/03/15 (f) |
| | ESQUIVEL, ELIAS H. | | | 341(a) Meeting Date: | 09/28/15 |
| For Period Ending: | 06/04/16 | | | Claims Bar Date: | 01/04/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 619 Westwind Drive, Carpentersville, IL 60110 Pursuant to order [dkt 16] Trustee was authorized to retain a real estate broker and list the property for sale; Pursuant to this Court's order dated 1/8/16, Trustee was authorized to sell the real property [dkt 43] | 135,000.00 | 97,000.00 | | 75,000.00 | FA |
| 2. Checking at PNC | 700.00 | 0.00 | | 0.00 | FA |
| 3. Checking at 5/3 Bank | 10.00 | 0.00 | | 0.00 | FA |
| 4. First Security Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5. Misc Furniture, Furnishings and Supplies | 800.00 | 0.00 | | 0.00 | FA |
| 6. Misc books, pictures, art objects | 200.00 | 0.00 | | 0.00 | FA |
| 7. Necessary Wearing Apparel | 200.00 | 200.00 | | 0.00 | FA |
| 8. Pension | Unknown | 0.00 | | 0.00 | FA |
| 9. 2011 Nissan Xterra | 15,000.00 | 0.00 | | 0.00 | FA |
| 10. 1992 Honda Civic | 500.00 | 0.00 | | 0.00 | FA |
| 11. 1986 Chevrolet Pick Up | 500.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $152,960.00 | $97,200.00 | | $75,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

May 30, 2016: Trustee retained tax accountant and oversaw the preparation and filing of Estate tax returns; Trustee reviewed claims; Trustee prepared TFR

January 26, 2016: Trustee found buyer for sale of property and tax purchaser objected. The redemption period expired

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                Ver: 19.06a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | |
|---|---|
| Case No: 15-30325  DRC  Judge: DONALD R. CASSLING | Trustee Name: Elizabeth C Berg, Trustee |
| Case Name: ESQUIVEL, CONSUELO C. | Date Filed (f) or Converted (c): 09/03/15 (f) |
| ESQUIVEL, ELIAS H. | 341(a) Meeting Date: 09/28/15 |
| | Claims Bar Date: 01/04/16 |

mid-October 2015 and the tax buyer objected to the sale claiming the redemption period expired and they were entitled to obtain a tax deed; Trustee prevailed against the tax buyer's objection and the sale closed in January 2016.

September 30, 2015: Trustee determined that there is equity in the Debtors' residence to administer.  However, the delinquent real estate taxes had been sold, pre-petition, at a tax sale.  The redemption period expired mid-October 2015 which, if redeemed, would have the effect that the Debtors would lose their interest in the real property.  Trustee obtained an order to enforce the automatic stay to prevent the redemption of the taxes and to allow her to list the property for sale on October 9, 2015, over the objection of the Tax Sale Purchaser.  Trustee also obtained authority to retain a real estate broker and list the property for sale.  Claims bar date has been fixed at 1/4/16.

Initial Projected Date of Final Report (TFR): 06/30/16        Current Projected Date of Final Report (TFR): 06/30/16

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 15-30325 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | ESQUIVEL, CONSUELO C. | Bank Name: | Associated Bank |
|  | ESQUIVEL, ELIAS H. | Account Number / CD #: | *******6609 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2181 |  |  |
| For Period Ending: | 06/04/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/22/16 |  | FIRST AMERICAN TITLE INSURANCE COMPANY 40 SKOKIE BLVD, STE 420 NORTHBROOK, IL 60062 | NET PROCEEDS - 619 WESTWIND | 1110-000 | 26,286.02 |  | 26,286.02 |
| 01/22/16 | 1 | Asset Sales Memo: | 619 Westwind Drive, Carpentersville, IL 60110 $75,000.00 Authorized to sell real estate per Court order dated 1/8/16 [dkt 43] and pay realtor commission, Debtors' exemption, special counsel and closing costs per same order |  |  |  | 26,286.02 |
|  |  | PRANAV PATEL, PURCHASER | Memo Amount:      75,000.00 Gross Sale Proceeds - Real Estate | 1110-000 |  |  |  |
|  |  | MARINA TREVISO AND COLDWELL BANKER | Memo Amount:    (    4,245.00 ) Broker Commission | 3510-000 |  |  |  |
|  |  | SKELTON, WAYNE | Memo Amount:    (    1,000.00 ) Real Estate Attorney Fees | 3210-000 |  |  |  |
|  |  | FIRST AMERICAN TITLE | Memo Amount:    (      778.00 ) Title & Settlement Charges | 2500-000 |  |  |  |
|  |  | FIRST AMERICAN TITLE | Memo Amount:    (    1,400.00 ) Owner's Policy | 2500-000 |  |  |  |
|  |  | KANE COUNTY RECORDER OF DEEDS | Memo Amount:    (      169.50 ) Gov't Recording & Transfer Charges | 2500-000 |  |  |  |
|  |  | CONSUELO & ELIAS ESQUIVEL | Memo Amount:    (   30,000.00 ) Debtors' Homestead Exemption | 8100-000 |  |  |  |
|  |  | VILLAGE OF CARPENTERSVILLE | Memo Amount:    (      290.02 ) Final Water Bill - Carpentersville | 2500-000 |  |  |  |
|  |  | KANE COUNTY | Memo Amount:    (    1,703.35 ) County Taxes (1/1/15 - 1/21/16) | 2820-000 |  |  |  |

Page Subtotals          26,286.02        0.00

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-30325 -DRC | Trustee Name: | Elizabeth C Berg, Trustee |
|---|---|---|---|
| Case Name: | ESQUIVEL, CONSUELO C. | Bank Name: | Associated Bank |
|  | ESQUIVEL, ELIAS H. | Account Number / CD #: | *******6609 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2181 |  |  |
| For Period Ending: | 06/04/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | LILY INVESTMENTS, LLC | Memo Amount:    (     9,128.11 ) | 4700-000 |  |  |  |
|  |  |  | 2011 - 2014 Tax Payments Made |  |  |  |  |
| 02/05/16 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 10.00 | 26,276.02 |
| 03/07/16 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 36.54 | 26,239.48 |
| 04/07/16 |  | Associated Bank | BANK SERVICE FEE | 2600-000 |  | 39.01 | 26,200.47 |

|  | Memo Allocation Receipts: | 75,000.00 | COLUMN TOTALS | 26,286.02 | 85.55 | 26,200.47 |
|---|---|---|---|---|---|---|
|  | Memo Allocation Disbursements: | 48,713.98 | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  |  | Subtotal | 26,286.02 | 85.55 |  |
|  | Memo Allocation Net: | 26,286.02 | Less:  Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 26,286.02 | 85.55 |  |

|  |  |  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 75,000.00 |  | TOTAL - ALL ACCOUNTS |  |  |  |
| Total Allocation Disbursements: | 48,713.98 |  | Checking Account (Non-Interest Earn - ********6609 | 26,286.02 | 85.55 | 26,200.47 |
|  |  |  |  | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 26,286.02 |  |  | 26,286.02 | 85.55 | 26,200.47 |
|  |  |  |  | ============ | ============ | ============ |
|  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        85.55

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 04, 2016 |
|---|---|---|---|---|---|---|

Case Number: 15-30325　　　　　　　　　Claim Class, Priority Sequence
Debtor Name: ESQUIVEL, CONSUELO C.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $0.00 | $5,250.00 | $5,250.00 |
| 001<br>3110-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $0.00 | $13,000.00 | $13,000.00 |
| 001<br>3410-00 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago IL 60601 | Administrative | | $0.00 | $867.00 | $867.00 |
| 001<br>3120-00 | Baldi Berg, Ltd.<br>20 N. Clark Street, Ste. 200<br>Chicago, IL 60602 | Administrative | | $0.00 | $240.33 | $240.33 |
| 001<br>2200-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N. Clark Street #200<br>Chicago IL 60602 | Administrative | | $0.00 | $36.65 | $36.65 |
| | Subtotal for Class Administrative | | | $0.00 | $19,393.98 | $19,393.98 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>American Infosource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $272.30 | $272.30 |
| 000002<br>070<br>7100-00 | Chase Bank, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Unsecured | | $95,651.06 | $95,651.06 | $95,651.06 |
| 000003<br>070<br>7100-00 | Ryan L Dennewitz<br>P.O. Box 376<br>Williamsport, OH 43164 | Unsecured | | $3,000.00 | $3,000.00 | $3,000.00 |
| 000004<br>070<br>7100-00 | Navient Solutions, Inc.<br>Department of Education Loan<br>Services<br>Po Box 9635<br>Wilkes-Barre PA. 18773-9635 | Unsecured | | $11,378.06 | $12,036.88 | $12,036.88 |
| 000005<br>070<br>7100-00 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $58.67 | $58.67 |
| 000006<br>070<br>7100-00 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $96.97 | $96.97 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 04, 2016 |
|---|---|---|---|---|---|---|
| Case Number: | 15-30325 | Claim Class, Priority Sequence | | | | |
| Debtor Name: | ESQUIVEL, CONSUELO C. | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | American InfoSource LP as agent for<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $261.06 | $261.06 |
| | Subtotal for Class Unsecured | | | $110,029.12 | $111,376.94 | $111,376.94 |
| | Case Totals: | | | $110,029.12 | $130,770.92 | $130,770.92 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-30325
Case Name: ESQUIVEL, CONSUELO C.
       ESQUIVEL, ELIAS H.
Trustee Name: Elizabeth C Berg, Trustee

| Balance on hand | $ | 26,200.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C Berg, Trustee | $ 5,250.00 | $ 0.00 | $ 5,250.00 |
| Trustee Expenses: Elizabeth C Berg, Trustee | $ 36.65 | $ 0.00 | $ 36.65 |
| Attorney for Trustee Fees: Baldi Berg, Ltd. | $ 13,000.00 | $ 0.00 | $ 13,000.00 |
| Attorney for Trustee Expenses: Baldi Berg, Ltd. | $ 240.33 | $ 0.00 | $ 240.33 |
| Accountant for Trustee Fees: Popowcer Katten Ltd. | $ 867.00 | $ 0.00 | $ 867.00 |

| Total to be paid for chapter 7 administrative expenses | $ 19,393.98 |
| Remaining Balance | $ 6,806.49 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 111,376.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 272.30 | $ 0.00 | $ 16.64 |
| 000002 | Chase Bank, N.A. | $ 95,651.06 | $ 0.00 | $ 5,845.45 |
| 000003 | Ryan L Dennewitz | $ 3,000.00 | $ 0.00 | $ 183.34 |
| 000004 | Navient Solutions, Inc. | $ 12,036.88 | $ 0.00 | $ 735.60 |
| 000005 | American InfoSource LP as agent for | $ 58.67 | $ 0.00 | $ 3.58 |
| 000006 | American InfoSource LP as agent for | $ 96.97 | $ 0.00 | $ 5.93 |
| 000007 | American InfoSource LP as agent for | $ 261.06 | $ 0.00 | $ 15.95 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 6,806.49 |
| Remaining Balance | $ 0.00 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE