UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
ESQUIVEL, CONSUELO C. §
ESQUIVEL, ELIAS H. § Case No. 15-30325 DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 11,410.00 (Without deducting any secured claims) | Assets Exempt: 36,550.00 |
| Total Distributions to Claimants: 15,934.60 | Claims Discharged Without Payment: 104,570.45 |
| Total Expenses of Administration: 29,065.40 | |

3) Total gross receipts of 75,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of 30,000.00 (see **Exhibit 2**), yielded net receipts of 45,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | NA | 9,128.11 | 9,128.11 | 9,128.11 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 29,065.40 | 29,065.40 | 29,065.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 111,376.94 | 111,376.94 | 6,806.49 |
| **TOTAL DISBURSEMENTS** | 0.00 | 149,570.45 | 149,570.45 | 45,000.00 |

4) This case was originally filed under chapter 7 on 09/03/2015. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :  09/09/2016                    By :  /s/ Elizabeth C Berg
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| 619 Westwind Drive, Carpentersville, IL 60110 | 1110-000 | 75,000.00 |
| **TOTAL GROSS RECEIPTS** | | 75,000.00 |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| FIRST AMERICAN TITLE | NET PROCEEDS - 619 WESTWIND | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | 30,000.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIRST AMERICAN TITLE | 4700-000 | 0.00 | 9,128.11 | 9,128.11 | 9,128.11 |
| | **TOTAL SECURED** | | 0.00 | 9,128.11 | 9,128.11 | 9,128.11 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BALDI BERG | 3110-000 | 0.00 | 13,000.00 | 13,000.00 | 13,000.00 |
| POPOWCER KATTEN, LTD. | 3410-000 | 0.00 | 867.00 | 867.00 | 867.00 |
| BALDI BERG | 3120-000 | 0.00 | 240.33 | 240.33 | 240.33 |
| Elizabeth C. Berg, Trustee | 2100-000 | 0.00 | 5,250.00 | 5,250.00 | 5,250.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | 0.00 | 36.65 | 36.65 | 36.65 |
| Associated Bank | 2600-000 | 0.00 | 85.55 | 85.55 | 85.55 |
| FIRST AMERICAN TITLE | 2500-000 | 0.00 | 2,637.52 | 2,637.52 | 2,637.52 |
| FIRST AMERICAN TITLE | 2820-000 | 0.00 | 1,703.35 | 1,703.35 | 1,703.35 |
| FIRST AMERICAN TITLE | 3210-000 | 0.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| FIRST AMERICAN TITLE | 3510-000 | 0.00 | 4,245.00 | 4,245.00 | 4,245.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | 0.00 | 29,065.40 | 29,065.40 | 29,065.40 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN INFOSOURCE LP AS | 7100-000 | 0.00 | 261.06 | 261.06 | 15.95 |
| 000006 | AMERICAN INFOSOURCE LP AS | 7100-000 | 0.00 | 96.97 | 96.97 | 5.93 |
| 000005 | AMERICAN INFOSOURCE LP AS | 7100-000 | 0.00 | 58.67 | 58.67 | 3.58 |
| 000004 | NAVIENT SOLUTIONS, INC. | 7100-000 | 11,378.06 | 12,036.88 | 12,036.88 | 735.60 |
| 000003 | RYAN L DENNEWITZ | 7100-000 | 3,000.00 | 3,000.00 | 3,000.00 | 183.34 |
| 000002 | CHASE BANK, N.A. | 7100-000 | 95,651.06 | 95,651.06 | 95,651.06 | 5,845.45 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 0.00 | 272.30 | 272.30 | 16.64 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 110,029.12 | 111,376.94 | 111,376.94 | 6,806.49 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 15-30325  
Case Name: ESQUIVEL, CONSUELO C.  
ESQUIVEL, ELIAS H.  
For Period Ending: 09/09/2016

Judge: Donald R. Cassling

Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 09/03/2015 (f)  
341(a) Meeting Date: 09/28/2015  
Claims Bar Date: 01/04/2016

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 619 Westwind Drive, Carpentersville, IL 60110 | 135,000.00 | 77,000.00 | | 75,000.00 | FA |
| 2. Checking at PNC | 700.00 | 0.00 | | 0.00 | FA |
| 3. Checking at 5/3 Bank | 10.00 | 0.00 | | 0.00 | FA |
| 4. First Security Bank | 50.00 | 0.00 | | 0.00 | FA |
| 5. Misc Furniture, Furnishings and Supplies | 800.00 | 0.00 | | 0.00 | FA |
| 6. Misc books, pictures, art objects | 200.00 | 0.00 | | 0.00 | FA |
| 7. Necessary Wearing Apparel | 200.00 | 200.00 | | 0.00 | FA |
| 8. Pension | Unknown | 0.00 | | 0.00 | FA |
| 9. 2011 Nissan Xterra | 15,000.00 | 0.00 | | 0.00 | FA |
| 10. 1992 Honda Civic | 500.00 | 0.00 | | 0.00 | FA |
| 11. 1986 Chevrolet Pick Up | 500.00 | 0.00 | | 0.00 | FA |

**Gross Value of Remaining Assets**

**TOTALS (Excluding Unknown Values)**  152,960.00   77,200.00      75,000.00   0.00

**Re Prop. #1**  Pursuant to order [dkt 16] Trustee was authorized to retain a real estate broker and list the property for sale;;Pursuant to this Court's order dated 1/8/16, Trustee was authorized to sell the real property [dkt 43]

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**7/5/16:**  TFR filed 6/28/16.  FInal hearing scheduled 7/22/16.

**May 30, 2016:** Trustee retained tax accountant and oversaw the preparation and filing of Estate tax returns
 Trustee reviewed claims
 Trustee prepared TFR

**January 26, 2016:** Trustee found buyer for sale of property and tax purchaser objected.   The redemption period expired mid-October 2015 and the tax buyer objected to the sale claiming the redemption period expired and they were entitled to obtain a tax deed
 Trustee prevailed against the tax buyer's objection and the sale closed in January 2016.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 15-30325 | Judge: Donald R. Cassling | Trustee Name: Elizabeth C Berg |
| --- | --- | --- |
| Case Name: ESQUIVEL, CONSUELO C. | | Date Filed (f) or Converted (c): 09/03/2015 (f) |
| ESQUIVEL, ELIAS H. | | 341(a) Meeting Date: 09/28/2015 |
| For Period Ending: 09/09/2016 | | Claims Bar Date: 01/04/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**September 30, 2015:** Trustee determined that there is equity in the Debtors' residence to administer. However, the delinquent real estate taxes had been sold, pre-petition, at a tax sale. The redemption period expired mid-October 2015 which, if redeemed, would have the effect that the Debtors would lose their interest in the real property. Trustee obtained an order to enforce the automatic stay to prevent the redemption of the taxes and to allow her to list the property for sale on October 9, 2015, over the objection of the Tax Sale Purchaser. Trustee also obtained authority to retain a real estate broker and list the property for sale. Claims bar date has been fixed at 1/4/16.

**Initial Projected Date of Final Report(TFR) :** 06/30/2016   **Current Projected Date of Final Report(TFR) :** 06/30/2016

**Trustee's Signature** /s/Elizabeth C Berg   **Date:** 09/09/2016
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-30325 | Trustee Name: Elizabeth C Berg |
| Case Name: ESQUIVEL, CONSUELO C. | Bank Name: Associated Bank |
| ESQUIVEL, ELIAS H. | Account Number/CD#: ******6609 Checking Account |
| Taxpayer ID No: **-***2181 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/9/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/22/2016 | [1] | FIRST AMERICAN TITLE INSURANCE COMPANY 40 SKOKIE BLVD, STE 420 NORTHBROOK ,IL 60062 | NET PROCEEDS - 619 WESTWIND Authorized to sell real estate per Court order dated 1/8/16 [dkt 43] and pay realtor commission, Debtors' exemption, special counsel and closing costs per same order<br><br>Gross Sale Proceeds - Real Estate    75,000.00     1110-000<br>Broker Commission                    (4,245.00)    3510-000<br>Real Estate Attorney Fees            (1,000.00)    3210-000<br>Title & Settlement Charges             (778.00)    2500-000<br>Owner's Policy                       (1,400.00)    2500-000<br>Gov't Recording & Transfer Charges     (169.50)    2500-000<br>Debtors' Homestead Exemption        (30,000.00)   8100-002<br>Final Water Bill - Carpentersville     (290.02)    2500-000<br>County Taxes (1/1/15 - 1/21/16)      (1,703.35)    2820-000<br>2011 - 2014 Tax Payments Made        (9,128.11)   4700-000 | | 26,286.02 | | 26,286.02 |
| 02/05/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 26,276.02 |
| 03/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 36.54 | 26,239.48 |
| 04/07/2016 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 39.01 | 26,200.47 |
| | | | Page Subtotals | | 26,286.02 | 85.55 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-30325 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | ESQUIVEL, CONSUELO C. | Bank Name: | Associated Bank |
| | ESQUIVEL, ELIAS H. | Account Number/CD#: | ******6609 Checking Account |
| Taxpayer ID No: | **-***2181 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/9/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/19/2016 | | Trustee Transfer to new account | Transfer of funds to Texas Capital Bank | 9999-000 | | 26,200.47 | 0.00 |

| | | |
| --- | --- | --- |
| Page Subtotals | 0.00 | 26,200.47 |
| **COLUMN TOTALS** | 26,286.02 | 26,286.02 |
| Less:Bank Transfer/CD's | 0.00 | 26,200.47 |
| **SUBTOTALS** | 26,286.02 | 85.55 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 26,286.02 | 85.55 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 15-30325 |
| Case Name: | ESQUIVEL, CONSUELO C. |
| | ESQUIVEL, ELIAS H. |
| Taxpayer ID No: | **-***2181 |
| For Period Ending: | 9/9/2016 |

| | |
|---|---|
| Trustee Name: | Elizabeth C Berg |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******5146 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | Account/ CD Balance($) |
| | | | | | Deposits($) | Disbursements($) |
| 07/19/2016 | | Trustee Transfer to new account | Received transfer of funds from Associated Bank | 9999-000 | 26,200.47 | | 26,200.47 |
| 07/27/2016 | 5001 | Elizabeth Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago,IL 60602 | Trustee's Final Compensation | 2100-000 | | 5,250.00 | 20,950.47 |
| 07/27/2016 | 5002 | Elizabeth Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago,IL 60602 | Trustee's Final Compensation | 2200-000 | | 36.65 | 20,913.82 |
| 07/27/2016 | 5003 | BALDI BERG<br>20 N. Clark Street, Ste. 200<br>Chicago ,IL 60602 | TR Attorney's Fees | 3110-000 | | 13,000.00 | 7,913.82 |
| 07/27/2016 | 5004 | BALDI BERG<br>20 N. Clark Street, Ste. 200<br>Chicago ,IL 60602 | TR Attorney's Fees | 3120-000 | | 240.33 | 7,673.49 |
| 07/27/2016 | 5005 | POPOWCER KATTEN, LTD.<br>35 East Wacker Drive<br>Sutie 1500<br>Chicago ,IL 60601 | Accountant's Final Comp | 3410-000 | | 867.00 | 6,806.49 |
| 07/27/2016 | 5006 | CAPITAL ONE BANK (USA), N.A.<br>American Infosource LP as agent<br>PO Box 71083<br>Charlotte ,NC 28272-1083 | Disb of 6.11% to Claim #000001 | 7100-000 | | 16.64 | 6,789.85 |
| | | | Page Subtotals | | 26,200.47 | 19,410.62 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 15-30325 | Trustee Name: | Elizabeth C Berg |
| Case Name: | ESQUIVEL, CONSUELO C. | Bank Name: | Texas Capital Bank |
| | ESQUIVEL, ELIAS H. | Account Number/CD#: | ******5146 Checking Account |
| Taxpayer ID No: | **-***2181 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 9/9/2016 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/27/2016 | 5007 | CHASE BANK, N.A.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester ,MI 48308-0730 | Disb of 6.11% to Claim #000002 | 7100-000 | | 5,845.45 | 944.40 |
| 07/27/2016 | 5008 | RYAN L DENNEWITZ<br>P.O. Box 376<br>Williamsport ,OH 43164 | Disb of 6.11% to Claim #000003 | 7100-000 | | 183.34 | 761.06 |
| 07/27/2016 | 5009 | NAVIENT SOLUTIONS, INC.<br>Department of Education Loan Services<br>Po Box 9635<br>Wilkes-Barre ,PA 18773-9635 | Disb of 6.11% to Claim #000004 | 7100-000 | | 735.60 | 25.46 |
| 07/27/2016 | 5010 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City ,OK 73124-8838 | Disb of 6.10% to Claim #000005 | 7100-000 | | 3.58 | 21.88 |
| 07/27/2016 | 5011 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City ,OK 73124-8838 | Disb of 6.12% to Claim #000006 | 7100-000 | | 5.93 | 15.95 |
| 07/27/2016 | 5012 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City ,OK 73124-8838 | Disb of 6.11% to Claim #000007 | 7100-000 | | 15.95 | 0.00 |
| | | | | Page Subtotals | 0.00 | 6,789.85 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 15-30325 | Trustee Name: Elizabeth C Berg |
| Case Name: ESQUIVEL, CONSUELO C. | Bank Name: Texas Capital Bank |
| ESQUIVEL, ELIAS H. | Account Number/CD#: ******5146 Checking Account |
| Taxpayer ID No: **-***2181 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 9/9/2016 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 26,200.47 | 26,200.47 |
| Less:Bank Transfer/CD's | | 26,200.47 | 0.00 |
| **SUBTOTALS** | | 0.00 | 26,200.47 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 0.00 | 26,200.47 |

| | | | | |
|---|---|---|---|---|
| All Accounts Gross Receipts: | 75,000.00 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Disbursements: | 75,000.00 | ******6609 Checking Account | 26,286.02 | 85.55 | |
| All Accounts Net: | 0.00 | ******5146 Checking Account | 0.00 | 26,200.47 | |
| | | **NetTotals** | 26,286.02 | 26,286.02 | 0.00 |